

**U.S. Department of Justice**

**Tax Division**

*Facsimile No. (202) 307-0054*
*Trial Attorney: W. Carl Hankla*
*Attorney's Direct Line: (202) 307-6448*

*Please reply to:*  Civil Trial Section, Western Region
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

KK:RRW:WCHankla
5-81-3546
CMN 2012101006

July 6, 2012

**Via E-Mail (newcases@waed.uscourts.gov)**

Clerk of Court
United States District Court
Eastern District of Washington
Spokane, Washington

    Re:    United States v. King Mountain Tobacco Co., Inc.
               **New Civil Case** (E.D. Wash.)

Dear Clerk:

    In accordance with 26 U.S.C. §§ 7401 and 7402, this office hereby seeks to commence a new civil action to reduce federal excise tax liabilities to judgment against King Mountain Tobacco Co., Inc. Enclosed is our complaint, civil cover sheet, and summons. This action is at the request of, and with the authority and sanction of, the Chief Counsel of the Alcohol and Tobacco, Tax and Trade Bureau (an authorized delegate of the Secretary of the Treasury), and at the direction of an authorized delegate of the Attorney General of the United States.

    If you have any questions, please call Trial Attorney W. Carl Hankla, who will have primary responsibility for this case, at (202) 307-6448. Thank you.

                               Sincerely,

                               KATHRYN KENEALLY
                               Assistant Attorney General
                               U.S. Department of Justice, Tax Division

                By:      */s/*

                               RICHARD R. WARD
                               Chief, Civil Trial Section
                               Western Region

Enclosures

cc: United States Attorney
Spokane, WA
(Assistant U.S. Attorney Pamela J. DeRusha)

Alcohol and Tobacco, Tax and Trade Bureau
(Senior Counsels Caroline F. May and Suzanne M. Sirotnak)