1

2

KATHRYN KENEALLY
Assistant Attorney General

3

4

W. CARL HANKLA
Trial Attorney
U.S. Department of Justice, Tax Division

5

P.O. Box 683

6

Washington, DC 20044
Telephone (202) 307-6448

7

w.carl.hankla@usdoj.gov

8

*Attorneys for United States*

9

MICHAEL C. ORMSBY

10

United States Attorney
*Of Counsel*

11

12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

13

14

THE UNITED STATES OF

15

AMERICA,

Civil No. CV-12-3089-RMP

16

Plaintiff,

**UNITED STATES'**

17

v.

**RENEWED MOTION FOR**
**SUMMARY JUDGMENT**

18

KING MOUNTAIN TOBACCO CO.,

**(ISSUE NO. 1)**

19

INC.,

20

Defendant.

**Without Oral Argument**
**June 12, 2014**

21

**6:30 p.m.**

22

23

24

25

26

U.S.' RENEWED MOTION
    - 1

Consistent with the United States' Notice of Hearing on Motion for Summary Judgment (Issue No. 1) filed on Friday, April 18, 2014, ECF No. 69, the United States hereby renews its Motion for Summary Judgment, ECF No. 48, as to Issue No. 1: the amount of unpaid federal tobacco excise taxes owed by King Mountain Tobacco Co., Inc.  The relevant portions of ECF No. 48 are hereby incorporated by reference.

The other issues raised in ECF No. 48 were argued before the Court on December 4, 2013.  The Court ruled in favor of the United States on those issues in its Order Granting United States' Motion for Summary Judgment, ECF No. 62.  The Court "granted a stay of consideration on the issue of the specific amount of tax owed [Issue No. 1] until after discovery has been completed. ECF No. 53."  ECF No. 62, page 2.  The Court explained that "[t]he amount of the owed excise taxes [Issue No. 1] will be determined at a future date."  ECF No. 62, page 3.

In an order entered at the parties' request on March 31, 2014, ECF No. 66, the Court re-set the briefing schedule on Issue No. 1, providing that King Mountain's response would be due on April 11 and the United States' reply would be due on April 25.  This schedule was vacated, however, on April 7, 2014, when, at the parties' request, the Court entered a Bench Trial Scheduling

U.S.' RENEWED MOTION
     - 2

11356700.1

Order providing, in relevant part, that dispositive motions should be filed on or before April 18, 2014. The briefing on Issue No. 1 was not addressed in ECF No. 66.

This Renewed Motion is intended under Local Civil Rule 7 to reschedule the completion of the briefing on Issue No. 1 and make Issue No.1 ripe for decision on **June 12, 2014**, without oral argument.

DATED this 21st day of April, 2014.

KATHRYN KENEALLY
Assistant Attorney General

*/s/ W. Carl Hankla*
W. CARL HANKLA
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 683
Washington, DC 20044
Telephone (202) 307-6448
w.carl.hankla@usdoj.gov
*Attorneys for Defendant*

MICHAEL C. ORMSBY
United States Attorney
*Of Counsel*

U.S.' RENEWED MOTION
    - 3

11356700.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

JOHN ADAMS MOORE, JR.
Adam Moore Law Firm
217 N. Second St.
Yakima, WA  98901
mooreadamlawoffice@qwestoffice.net

RANDOLPH H. BARNHOUSE
Luebben Johnson & Barnhouse LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
Telephone (505) 842-6123
dbarnhouse@luebbenlaw.com

*/s/ W. Carl Hankla*
W. CARL HANKLA
Trial Attorney
U.S. Department of Justice
