TAMARA W. ASHFORD
Acting Assistant Attorney General

W. CARL HANKLA
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 683
Washington, DC 20044
Telephone (202) 307-6448
w.carl.hankla@usdoj.gov
*Attorneys for Defendant*

MICHAEL C. ORMSBY
United States Attorney
*Of Counsel*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KING MOUNTAIN TOBACCO CO., INC.,<br><br>Defendant. | Civil No. CV-12-3089-RMP<br><br>**DECLARATION OF W. CARL HANKLA IN SUPPORT OF UNITED STATES' REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**With Oral Argument**<br>**July 30, 2014**<br>**1:00 p.m., Yakima** |

HANKLA DECLARATION
- 1

11552184.1

I, W. Carl Hankla, declare as follows:

1. I am a trial attorney with the Tax Division of the United States Department of Justice.

2. I have primary responsibility for representing the United States with respect to this matter, and I have custody of the official files maintained by the Tax Division for this matter. The documents referred to below are in those files.

3. Attached hereto as **Exhibit A** is a true and correct copy of a file copy of a letter dated February 3, 2014 from the Criminal Division of the Justice Department to Thurla Skora of the Alcohol and Tobacco Tax and Trade Bureau. TTB has not yet received the forfeiture payment described therein.

4. Attached hereto as **Exhibit B** is a true and correct copy of a file copy of a Stipulated Consent Judgment and Final Order of Forfeiture filed on March 25, 2014 in the civil action captioned therein.

5. Attached hereto as **Exhibit C** is a true and correct copy of a file copy of a letter dated March 13, 2014 from me to opposing counsel transmitting a copy of the Declaration of Tonya Geis and exhibits and three three-ring binders of supporting computations.

6. Attached hereto as **Exhibit D** is a true and correct copy of a printout of an e-mail I sent to opposing counsel on February 26, 2014 transmitting a copy of the Declaration of Tonya Geis and the exhibits thereto.

7. Attached hereto as **Exhibit E** is a true and correct copy of a printout of an e-mail I sent to opposing counsel on February 26, 2014 transmitting a copy of the Declaration of Allen Leftwich and the exhibits thereto.

8. Attached hereto as **Exhibit F** is a true and correct copy of King Mountain's initial disclosures.

I HEREBY DECLARE under penalty of perjury that the foregoing is true and correct.

EXECUTED this 18th day of June, 2014.

    */s/ W. Carl Hankla*
W. CARL HANKLA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6448
Fax: (202) 307-0054
w.carl.hankla@usdoj.gov

HANKLA DECLARATION
   - 3

11552184.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

JOHN ADAMS MOORE, JR.
Adam Moore Law Firm
217 N. Second St.
Yakima, WA  98901
mooreadamlawoffice@qwestoffice.net

RANDOLPH H. BARNHOUSE
Luebben Johnson & Barnhouse LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
Telephone (505) 842-6123
dbarnhouse@luebbenlaw.com

        */s/ W. Carl Hankla*
        W. CARL HANKLA
        Trial Attorney
        U.S. Department of Justice