

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
8002 FEDERAL OFFICE BUILDING
550 MAIN STREET
CINCINNATI, OHIO 45202
June 11, 2013

5020321:KAD
5600
ASMT-NRC-2010-0038A-I
ASMT-NRC-2012-0066A-Q
ASMT-NRC-2012-0146A-M
ASMT-NRC-2013-0055A-Q
EIN: ████4581
TP-WA-15000

## CORRECTED FINAL NOTICE & DEMAND OF TAXES DUE
## NOTICE OF INTENT TO LEVY

<u>CERTIFIED MAIL</u>

King Mountain Tobacco Company, Inc.
P.O. Box 422
White Swan, Washington  98952

   Re:  2000 Fort Simcoe Road
       White Swan, Washington  98952

Dear Taxpayer:

This is to correct our previous Final Notice and Demand of Taxes Due Notice of
Intent To Levy dated September 27, 2012.  The reason we are sending you this
Corrected Final Notice and Demand is due to the discovery of additional liability in
May and June of 2010, and due to additional unpaid tax liability in 2012 and 2013.

We have previously sent you notices dated February 8, 2010, January 31, 2012 and
September 27, 2012 requesting payment of your Federal tax liability and have no
record of receiving the amount due.  This letter is official notice that we intend to levy
upon your property or rights to property in accordance with 26 U.S.C. 6331(d) for the
amount shown on the attached spreadsheet. This is your final notice.

To prevent such levy action, submit a cashier's check or money order in the total
amount of **$60,535,309.67** payable to the **Alcohol and Tobacco Tax and Trade
Bureau**, within 30 days from the date of your receipt of this notice, along with a copy
of this notice in the enclosed envelope.   Please include your **Employer
Identification Number and the Assessment Control Numbers (ASMT-NRC-2010-
0038A-I, ASMT-NRC-2012-0066A-Q, ASMT-NRC-2012-0146A-M, and ASMT-NRC-
2013-0055A-Q)** with your payment.

The amount due includes additional penalties and interest for failure to pay the
amount shown in our prior notice.  Additional penalties and interest will continue to
accrue until the tax liability is satisfied in full.

EXHIBIT A

King Mountain Tobacco Company, Inc.

If you do not pay the full amount due promptly, your liability may be reported to the Internal Revenue Service (IRS). IRS may then direct that any refund owed to you be used to satisfy this outstanding liability. Section 6402(a) of the Internal Revenue Code authorizes the credit of an overpayment of a taxpayer against any outstanding taxpayer liability.

If you have previously paid the amount due or are unable to pay in full, please contact us within 30 days from the date of your receipt of this notice.

If you do not comply with this notice, we may take enforcement action without any further notice to you. A notice of Federal tax lien may be filed which constitutes public notice to your creditors that a tax lien exists against your property. Salary or wages may be levied upon as provided by 26 U.S.C. 6331 by serving notice on your employer. Bank accounts, receivables, commissions, or other kinds of income you have are also subject to levy. Property or rights to property such as automobiles, real estate, and equipment may also be seized and sold to satisfy your tax liability.

We are enclosing TTB Publication 5610.1, Notice to Delinquent Taxpayers, which outlines steps we may take should you fail to satisfy your financial obligations to the Alcohol and Tobacco Tax and Trade Bureau. It also explains your rights as a taxpayer and outlines alternatives available to you which could prevent enforced collections activity from taking place.

If you have any questions concerning this assessment, you should immediately contact TTB Specialist Kim Dornacher, at 800-937-8864 or 513-684-6325, between the hours of 8:00 AM and 5:00 PM (Eastern Time). You may also write to the address above, or send an e-mail to kim.dornacher@ttb.gov.

Sincerely,

Thurla F. Skora
Director, National Revenue Center

Enclosures:
  TTB F 5600.18
  TTB P 5610.1
  Envelope

| ASSESSMENT NO. | TAX PERIOD | PRINCIPLE TAX | FAILURE TO FILE | FAILURE TO PAY | FAILURE TO DEPOSIT | INTEREST | SUBTOTAL | PAYMENTS | UNPAID BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| ASMT-NRC-2010-0038A | 09/15/09 | 2,007,826.94 | 0.00 | 10,039.13 | 100,391.35 | 23,564.02 | 2,141,821.44 | -2,008,570.31 | 133,251.13 | 133,251.13 |
| ASMT-NRC-2010-0038B | 09/26/09 | 1,370,261.61 | 0.00 | 6,851.31 | 137,026.16 | 32,038.04 | 1,546,177.12 | -1,370,261.61 | 175,915.51 | 175,915.51 |
| ASMT-NRC-2010-0038C | 09/30/09 | 1,149,758.82 | 0.00 | 5,748.79 | 114,975.88 | 26,420.50 | 1,296,903.99 | -1,149,758.82 | 147,145.17 | 147,145.17 |
| ASMT-NRC-2010-0038D | 10/15/09 | 1,630,811.00 | 0.00 | 16,308.12 | 163,081.10 | 47,939.04 | 1,858,139.26 | -1,631,568.35 | 226,570.91 | 226,570.91 |
| ASMT-NRC-2010-0038E | 10/31/09 | 1,512,904.91 | 0.00 | 15,129.04 | 151,290.49 | 40,764.58 | 1,720,089.02 | -1,512,904.91 | 207,184.11 | 207,184.11 |
| ASMT-NRC-2010-0038F | 11/15/09 | 1,729,140.62 | 0.00 | 17,291.40 | 172,914.06 | 40,920.04 | 1,960,266.12 | -1,773,458.23 | 186,807.89 | 186,807.89 |
| ASMT-NRC-2010-0038G | 11/30/09 | 1,671,615.92 | 0.00 | 25,074.24 | 167,161.59 | 56,896.97 | 1,920,748.72 | -1,671,615.92 | 249,132.80 | 249,132.80 |
| ASMT-NRC-2010-0038H | 12/15/09 | 761,148.08 | 0.00 | 19,028.70 | 76,114.81 | 33,819.42 | 890,111.01 | -761,148.08 | 128,962.93 | 128,962.93 |
| ASMT-NRC-2010-0038I | 12/31/09 | 3,863,221.60 | 0.00 | 185,212.77 | 386,322.16 | 282,216.87 | 4,716,973.40 | -3,863,221.60 | 853,751.80 | 853,751.80 |
| 2009 Total Amount Due: | | 15,696,689.50 | 0.00 | 300,683.50 | 1,469,277.60 | 584,579.48 | 18,051,230.08 | -15,742,507.83 | 2,308,722.25 | 2,308,722.25 |
| | | | | | | | | | | |
| ASMT-NRC-2013-0055A | 05/31/10 | 1,507,484.16 | 0.00 | 179,199.72 | 51,192.95 | 104,246.20 | 1,842,123.03 | -511,929.45 | 1,330,193.58 | 1,330,193.58 |
| ASMT-NRC-2013-0055B | 06/30/10 | 9,547,399.68 | 0.00 | 1,546,497.75 | 883,712.94 | 893,309.30 | 12,870,919.67 | -710,270.26 | 12,160,649.41 | 12,160,649.41 |
| 2010 Total Amount Due: | | 11,054,883.84 | 0.00 | 1,725,697.47 | 934,905.89 | 997,555.50 | 14,713,042.70 | -1,222,199.71 | 13,490,842.99 | 13,490,842.99 |
| | | | | | | | | | | |
| ASMT-NRC-2012-0066A | 04/30/11 | 572,244.75 | 0.00 | 588.10 | 286.88 | 216.14 | 573,335.87 | -569,375.94 | 3,959.93 | 3,959.93 |
| ASMT-NRC-2012-0066B | 05/15/11 | 1,584,532.88 | 0.00 | 296,230.58 | 144,502.74 | 152,330.62 | 2,177,596.82 | -139,505.48 | 2,038,091.34 | 2,038,091.34 |
| ASMT-NRC-2012-0066C | 06/15/11 | 1,184,527.33 | 0.00 | 100,498.96 | 50,249.47 | 50,819.29 | 1,386,095.05 | -682,032.61 | 704,062.44 | 704,062.44 |
| ASMT-NRC-2012-0066D | 06/30/11 | 501,413.29 | 0.00 | 34,506.26 | 17,695.53 | 17,581.30 | 571,196.38 | -324,458.01 | 246,738.37 | 246,738.37 |
| ASMT-NRC-2012-0066E | 07/15/11 | 739,853.45 | 0.00 | 42,056.04 | 21,567.19 | 20,968.04 | 824,444.72 | -524,181.51 | 300,263.21 | 300,263.21 |
| ASMT-NRC-2012-0066F | 07/31/11 | 483,815.67 | 0.00 | 82,387.20 | 43,361.65 | 41,439.53 | 651,004.05 | -50,199.16 | 600,804.89 | 600,804.89 |
| ASMT-NRC-2012-0066G | 08/15/11 | 1,429,879.75 | 0.00 | 271,677.20 | 142,987.98 | 133,269.08 | 1,977,814.01 | 0.00 | 1,977,814.01 | 1,977,814.01 |
| ASMT-NRC-2012-0066H | 08/31/11 | 1,281,407.61 | 0.00 | 237,060.48 | 128,140.76 | 117,014.51 | 1,763,623.36 | 0.00 | 1,763,623.36 | 1,763,623.36 |
| ASMT-NRC-2012-0066I | 09/15/11 | 585,217.95 | 0.00 | 108,265.33 | 58,521.80 | 52,199.45 | 804,204.53 | 0.00 | 804,204.53 | 804,204.53 |
| ASMT-NRC-2012-0066J | 09/26/11 | 307,042.71 | 13,816.93 | 56,802.93 | 30,704.27 | 28,469.70 | 436,836.54 | 0.00 | 436,836.54 | 436,836.54 |
| ASMT-NRC-2012-0066K | 09/30/11 | 234,973.20 | 0.00 | 42,295.16 | 23,497.32 | 20,641.95 | 321,407.63 | 0.00 | 321,407.63 | 321,407.63 |
| ASMT-NRC-2012-0066L | 10/15/11 | 997,875.93 | 0.00 | 179,617.68 | 99,787.59 | 86,079.83 | 1,363,361.03 | 0.00 | 1,363,361.03 | 1,363,361.03 |
| ASMT-NRC-2012-0066M | 10/31/11 | 1,869,275.10 | 0.00 | 327,123.14 | 186,927.51 | 158,459.71 | 2,541,785.46 | 0.00 | 2,541,785.46 | 2,541,785.46 |
| ASMT-NRC-2012-0066N | 11/15/11 | 679,150.47 | 0.00 | 118,851.25 | 67,915.05 | 56,437.77 | 922,354.54 | 0.00 | 922,354.54 | 922,354.54 |
| ASMT-NRC-2012-0066O | 11/30/11 | 1,149,028.96 | 0.00 | 195,334.92 | 114,902.90 | 93,977.09 | 1,553,243.87 | 0.00 | 1,553,243.87 | 1,553,243.87 |
| ASMT-NRC-2012-0066P | 12/15/11 | 741,187.99 | 0.00 | 126,001.96 | 74,118.80 | 59,385.02 | 1,000,693.77 | 0.00 | 1,000,693.77 | 1,000,693.77 |
| ASMT-NRC-2012-0066Q | 12/31/11 | 794,905.59 | 0.00 | 131,159.49 | 79,490.56 | 62,650.88 | 1,068,206.52 | 0.00 | 1,068,206.52 | 1,068,206.52 |
| 2011 Total Amount Due: | | 15,136,332.63 | 13,816.93 | 2,350,456.68 | 1,284,658.00 | 1,151,939.91 | 19,937,204.15 | -2,289,752.71 | 17,647,451.44 | 17,647,451.44 |
| | | | | | | | | | | |
| ASMT-NRC-2012-0146A | 01/15/12 | 751,733.26 | 0.00 | 93,966.67 | 75,173.33 | 43,935.49 | 964,808.75 | 0.00 | 964,808.75 | 964,808.75 |
| ASMT-NRC-2012-0146B | 01/31/12 | 692,760.21 | 0.00 | 83,131.20 | 69,276.02 | 39,412.48 | 884,579.91 | 0.00 | 884,579.91 | 884,579.91 |
| ASMT-NRC-2012-0146C | 02/15/12 | 1,637,746.46 | 0.00 | 196,529.52 | 163,774.65 | 90,787.17 | 2,088,837.80 | 0.00 | 2,088,837.80 | 2,088,837.80 |
| ASMT-NRC-2012-0146D | 02/29/12 | 1,022,654.86 | 0.00 | 117,605.29 | 102,265.49 | 55,457.44 | 1,297,983.08 | 0.00 | 1,297,983.08 | 1,297,983.08 |
| ASMT-NRC-2012-0146E | 03/15/12 | 763,512.39 | 0.00 | 87,803.88 | 76,351.24 | 40,293.77 | 967,961.28 | 0.00 | 967,961.28 | 967,961.28 |
| ASMT-NRC-2012-0146F | 03/31/12 | 519,650.74 | 0.00 | 57,161.58 | 51,965.07 | 26,754.70 | 655,532.09 | 0.00 | 655,532.09 | 655,532.09 |
| ASMT-NRC-2012-0146G | 04/15/12 | 995,242.19 | 0.00 | 109,476.62 | 99,524.22 | 49,881.69 | 1,254,124.72 | 0.00 | 1,254,124.72 | 1,254,124.72 |
| ASMT-NRC-2012-0146H | 04/30/12 | 1,238,381.62 | 0.00 | 130,030.11 | 123,838.16 | 60,264.20 | 1,552,514.09 | 0.00 | 1,552,514.09 | 1,552,514.09 |
| ASMT-NRC-2012-0146I | 05/15/12 | 762,943.73 | 0.00 | 80,109.12 | 76,294.37 | 36,022.71 | 955,369.93 | 0.00 | 955,369.93 | 955,369.93 |
| ASMT-NRC-2012-0146J | 05/31/12 | 2,502,213.45 | 0.00 | 250,221.32 | 250,221.35 | 114,721.91 | 3,117,378.03 | 0.00 | 3,117,378.03 | 3,117,378.03 |
| ASMT-NRC-2012-0146K | 06/15/12 | 1,453,852.19 | 0.00 | 145,385.20 | 145,385.22 | 64,555.67 | 1,809,178.28 | 0.00 | 1,809,178.28 | 1,809,178.28 |
| ASMT-NRC-2012-0146L | 06/30/12 | 2,047,049.90 | 0.00 | 194,469.75 | 204,704.99 | 88,452.54 | 2,534,677.18 | 0.00 | 2,534,677.18 | 2,534,677.18 |
| ASMT-NRC-2012-0146M | 07/15/12 | 1,236,915.16 | 0.00 | 117,506.94 | 123,691.52 | 51,768.47 | 1,529,882.09 | 0.00 | 1,529,882.09 | 1,529,882.09 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ASMT-NRC-2013-0055C | 08/15/12 | 1,417,438.11 | 0.00 | 70,871.91 | 7,087.19 | 712.99 | 1,496,110.20 | -1,417,438.11 | 78,672.09 | 78,672.09 |
| ASMT-NRC-2013-0055D | 09/15/12 | 506,370.52 | 0.00 | 2,531.85 | 12,659.26 | 211.74 | 521,773.37 | -506,370.52 | 15,402.85 | 15,402.85 |
| ASMT-NRC-2013-0055E | 09/26/12 | 400,727.88 | 0.00 | 2,003.64 | 10,018.20 | 167.57 | 412,917.29 | -400,727.88 | 12,189.41 | 12,189.41 |
| ASMT-NRC-2013-0055F | 10/15/12 | 780,686.79 | 0.00 | 3,903.43 | 19,517.17 | 130.26 | 804,237.65 | -780,686.79 | 23,550.86 | 23,550.86 |
| ASMT-NRC-2013-0055G | 10/31/12 | 692,247.08 | 0.00 | 3,461.24 | 34,612.35 | 403.67 | 730,724.34 | -692,247.08 | 38,477.26 | 38,477.26 |
| ASMT-NRC-2013-0055H | 11/15/12 | 1,089,532.22 | 0.00 | 20,447.66 | 79,476.61 | 7,992.92 | 1,197,449.41 | -589,532.22 | 607,917.19 | 607,917.19 |
| ASMT-NRC-2013-0055I | 11/30/12 | 594,194.92 | 0.00 | 17,825.82 | 59,419.49 | 8,407.60 | 679,847.83 | 0.00 | 679,847.83 | 679,847.83 |
| ASMT-NRC-2013-0055J | 12/15/12 | 1,056,312.71 | 0.00 | 31,689.36 | 105,631.27 | 13,630.11 | 1,207,263.45 | 0.00 | 1,207,263.45 | 1,207,263.45 |
| ASMT-NRC-2013-0055K | 12/31/12 | 644,395.29 | 0.00 | 16,109.90 | 64,439.53 | 7,457.48 | 732,402.20 | 0.00 | 732,402.20 | 732,402.20 |
| 2012 Total Amount Due: | | 22,806,561.68 | 0.00 | 1,832,242.01 | 1,955,326.70 | 801,422.58 | 27,395,552.97 | -4,387,002.60 | 23,008,550.37 | 23,008,550.37 |
| | | | | | | | | | | 0.00 |
| ASMT-NRC-2013-0055L | 01/15/13 | 772,812.04 | 0.00 | 19,320.30 | 77,281.20 | 7,980.45 | 877,393.99 | 0.00 | 877,393.99 | 877,393.99 |
| ASMT-NRC-2013-0055M | 01/31/13 | 418,649.98 | 0.00 | 8,373.00 | 41,865.00 | 3,767.34 | 472,655.32 | 0.00 | 472,655.32 | 472,655.32 |
| ASMT-NRC-2013-0055N | 02/15/13 | 467,298.19 | 0.00 | 9,345.96 | 46,729.82 | 3,624.20 | 526,998.17 | 0.00 | 526,998.17 | 526,998.17 |
| ASMT-NRC-2013-0055O | 02/28/13 | 500,782.18 | 0.00 | 7,511.73 | 50,078.29 | 3,344.96 | 561,717.16 | 0.00 | 561,717.16 | 561,717.16 |
| ASMT-NRC-2013-0055P | 03/15/13 | 1,028,587.04 | 0.00 | 15,428.82 | 102,858.70 | 5,594.66 | 1,152,469.22 | 0.00 | 1,152,469.22 | 1,152,469.22 |
| ASMT-NRC-2013-0055Q | 03/31/13 | 438,406.39 | 0.00 | 4,384.06 | 43,840.64 | 1,877.67 | 488,508.76 | 0.00 | 488,508.76 | 488,508.76 |
| 2013 Amount Due: | | 3,626,535.82 | 0.00 | 64,363.87 | 362,653.65 | 26,189.28 | 4,079,742.62 | 0.00 | 4,079,742.62 | 4,079,742.62 |
| | | | | | | | | | | |
| Cumulative Total Due: | | 68,321,003.47 | 13,816.93 | 6,273,443.53 | 6,006,821.84 | 3,561,686.75 | 84,176,772.52 | -23,641,462.85 | 60,535,309.67 | 60,535,309.67 |
| | | | | | | | | | $            - | |