OMB No. 1513-0033 (12/31/2008)

## DEPARTMENT OF THE TREASURY
### ALCOHOL AND TOBACCO TAX AND TRADE BUREAU (TTB)
### REPORT - MANUFACTURER OF TOBACCO PRODUCTS OR CIGARETTE PAPERS AND TUBES

FOR TTB USE ONLY
Audited By | Date Of Audit

1. My Employer Identification Number (Read instruction E.): [redacted] 4580
2. TTB Permit Number (Read instruction F.): TP-WA-15000
3. Report Covers Period of: (Read instruction G.) May 2010
4. ☐ This report is my first report.
5. ☐ This report is my last report and I have attached my permit OR my permit is not attached because:

6. (Name and Address) (as listed on my TTB permit): King Mountain Tobacco, PO Box 422, White Swan WA 98952

| | Large Cigars (Number) (a) | Small Cigars (Number) (b) | Large Cigarettes (Number) (c) | Small Cigarettes (Number) (d) | Chewing Tobacco (Pounds) (e) |
|---|---|---|---|---|---|
| 7. On Hand, in Bond, Start of Period | | | | 242,403,600 | |
| 8. Manufactured | | | | 46,088,000 | |
| 9. Received Without Payment of Tax: a. From other factories | | | | | |
| b. From customs custody | NO ENTRY | NO ENTRY | NO ENTRY | NO ENTRY | NO ENTRY |
| (1) Puerto Rico | | | | | |
| (2) Other than Puerto Rico | | | | | |
| c. From export warehouses | | | | | |
| d. From foreign trade zones | | | | | |
| 10. Received by Return to Bond | | | | | |
| 11. Overages Disclosed by Inventory | | | | | |
| 12. Other (Specify) | | | | | |
| 13. TOTAL | | | | 288,491,600 | |
| 14. Removed Subject to Tax | | | | 18,061,000 | |
| 15. Removed Without Payment of Tax: a. For export | | | | | |
| b. To export warehouses | | | | | |
| c. To other factories | | | | | |
| d. To foreign trade zones | | | | | |
| e. For use of United States (Read instruction H) | | | | | |
| f. For experimental purposes off factory premises | | | | | |
| 16. Otherwise Disposed of Without Determination of Tax by: a. Consumption by employees off factory premises | | | | | |
| b. Consumption by employees on factory premises | | | | | |
| c. Use for experimental purposes on factory premises | | | | | |
| d. Loss | | | | | |
| e. Destruction | | | | | |
| f. Reduction to tobacco | | | | | |
| 17. Shortages Disclosed by Inventory (Read instruction I.) | | | | | |
| 18. Other (Specify) | | | | | |
| 19. On Hand, in Bond, End of Period | | | | 270,430,600 | |
| 20. TOTAL | | | | 288,491,600 | |

TTB F 5210.5 (6/2008)

1 of 2

EXHIBIT C

TPWA15000

| | Snuff (Pounds) (f) | Pipe Tobacco (Pounds) (g) | Roll Your Own Tobacco (Pounds) (h) | Cigarette Papers (Number) (Read Instruction J) (i) | Cigarette Tubes (Number) (j) |
|---|---|---|---|---|---|
| 7. On Hand, in Bond, Start of Period | | | 13444.64 | | |
| 8. Manufactured | | | 0 | | |
| 9. Received Without Payment of Tax: a. From other factories | | | | | |
| b. From customs custody | NO ENTRY | NO ENTRY | NO ENTRY | NO ENTRY | NO ENTRY |
| (1) Puerto Rico | | | | | |
| (2) Other than Puerto Rico | | | | | |
| c. From export warehouses | | | | | |
| d. From foreign trade zones | | | | | |
| 10. Received by Return to Bond | | | | | |
| 11. Overages Disclosed by Inventory | | | | | |
| 12. Other (Specify) | | | | | |
| 13. TOTAL | | | 13444.64 | | |
| 14. Removed Subject to Tax | | | 1355.50 | | |
| 15. Removed Without Payment of Tax: a. For export | | | | | |
| b. To export warehouses | | | | | |
| c. To other factories | | | | | |
| d. To foreign trade zones | | | | | |
| e. For use of United States (Read instruction H) | | | | | |
| f. For experimental purposes off factory premises | | | | | |
| 16. Otherwise Disposed of Without Determination of Tax by: a. Consumption by employees off factory premises | | | | NO ENTRY | NO ENTRY |
| b. Consumption by employees on factory premises | | | | NO ENTRY | NO ENTRY |
| c. Use for experimental purposes on factory premises | | | | NO ENTRY | NO ENTRY |
| d. Loss | | | | | |
| e. Destruction | | | | NO ENTRY | NO ENTRY |
| f. Reduction to tobacco | | | | | |
| 17. Shortages Disclosed by Inventory (Read instruction I.) | | | | | |
| 18. Other (Specify) | | | | | |
| 19. On Hand, in Bond, End of Period | | | 12089.14 | | |
| 20. TOTAL | | | 13444.64 | | |

21. Large Cigars Removed Subject to Tax (Sum of a. and b. should agree with item 14(a))

| a. Number Removed with Sale Price Per Thousand of $235.294 or Less | b. Number Removed with Sale Price Per Thousand of More Than $235.294 |
|---|---|
| | |

UNDER PENALTIES OF PERJURY, I DECLARE THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, THIS REPORT IS TRUE, ACCURATE, AND COMPLETE.

| 22. Signature (Read instruction K.) | 23. My Title for This Business (Examples: owner, partner, corporate title, or power of attorney.) | 24. Date |
|---|---|---|
| Yauralen T. [signature] | CEO | 6/17/2010 |
| 25. My Business Telephone Number (Optional) | 26. My E-Mail Address (Optional) | |

How do I file this form? Send this form to the TTB Tobacco Unit, 550 Main St, Ste 8002, Cincinnati, OH 45202-5215

TTB F 5210.5 (6/2009)

OMB No. 1513-0033 (12/31/2008)

## DEPARTMENT OF THE TREASURY
### ALCOHOL AND TOBACCO TAX AND TRADE BUREAU (TTB)
### REPORT - MANUFACTURER OF TOBACCO PRODUCTS OR CIGARETTE PAPERS AND TUBES

**FOR TTB USE ONLY** — Audited By | Date Of Audit

1. My Employer Identification Number (Read instruction E.): 4581 [redacted]
2. TTB Permit Number (Read instruction F.): TP WA-15000
3. Report Covers Period of: (Read instruction G.): June 2010
4. ☐ This report is my first report.
5. ☐ This report is my last report and I have attached my permit OR my permit is not attached because:

6. (Name and Address) (as listed on my TTB permit): King Mountain Tobacco, PO Box 422, White Swan WA 98952

| Item | Large Cigars (Number) (a) | Small Cigars (Number) (b) | Large Cigarettes (Number) (c) | Small Cigarettes (Number) (d) | Chewing Tobacco (Pounds) (e) |
|---|---|---|---|---|---|
| 7. On Hand, in Bond, Start of Period | | | | 270,430,600 | |
| 8. Manufactured | | | | 88,724,800 | |
| 9a. Received Without Payment of Tax — From other factories | | | | | |
| 9b. From customs custody | NO ENTRY | NO ENTRY | NO ENTRY | NO ENTRY | NO ENTRY |
| (1) Puerto Rico | | | | | |
| (2) Other than Puerto Rico | | | | | |
| 9c. From export warehouses | | | | | |
| 9d. From foreign trade zones | | | | | |
| 10. Received by Return to Bond | | | | | |
| 11. Overages Disclosed by Inventory | | | | | |
| 12. Other (Specify) | | | | | |
| 13. TOTAL | | | | 359,155,400 | |
| 14. Removed Subject to Tax | | | | 22,861,200 | |
| 15a. Removed Without Payment of Tax: For export | | | | | |
| 15b. To export warehouses | | | | | |
| 15c. To other factories | | | | | |
| 15d. To foreign trade zones | | | | | |
| 15e. For use of United States (Read instruction H) | | | | | |
| 15f. For experimental purposes off factory premises | | | | | |
| 16a. Otherwise Disposed Without Determination of Tax by: Consumption by employees off factory premises | | | | | |
| 16b. Consumption by employees on factory premises | | | | | |
| 16c. Use for experimental purposes on factory premises | | | | | |
| 16d. Loss | | | | | |
| 16e. Destruction | | | | | |
| 16f. Reduction to tobacco | | | | | |
| 17. Shortages Disclosed by Inventory (Read instruction I.) | | | | | |
| 18. Other (Specify) | | | | | |
| 19. On Hand, in Bond, End of Period | | | | 336,294,200 | |
| 20. TOTAL | | | | 359,155,400 | |

TTB F 5210.5 (6/2006)

JSLV 1 of 2

| | | Snuff (Pounds) (f) | Pipe Tobacco (Pounds) (g) | Roll Your Own Tobacco (Pounds) (h) | Cigarette Papers (Number) (Read Instruction J) (i) | Cigarette Tubes (Number) (j) |
|---|---|---|---|---|---|---|
| 7. On Hand, in Bond, Start of Period | | | | 12089.19 D | | |
| 8. Manufactured | | | | | | |
| 9. Received Without Payment of Tax: | a. From other factories | | | | | |
| | b. From customs custody | NO ENTRY | NO ENTRY | NO ENTRY | NO ENTRY | NO ENTRY |
| | (1) Puerto Rico | | | | | |
| | (2) Other than Puerto Rico | | | | | |
| | c. From export warehouses | | | | | |
| | d. From foreign trade zones | | | | | |
| 10. Received by Return to Bond | | | | | | |
| 11. Overages Disclosed by Inventory | | | | | | |
| 12. Other (Specify) | | | | | | |
| 13. TOTAL | | | | 12089.19 | | |
| 14. Removed Subject to Tax | | | | 879.00 | | |
| 15. Removed Without Payment of Tax: | a. For export | | | | | |
| | b. To export warehouses | | | | | |
| | c. To other factories | | | | | |
| | d. To foreign trade zones | | | | | |
| | e. For use of United States (Read instruction H) | | | | | |
| | f. For experimental purposes off factory premises | | | | | |
| 16. Otherwise Disposed of Without Determination of Tax by: | a. Consumption by employees off factory premises | | | | NO ENTRY | NO ENTRY |
| | b. Consumption by employees on factory premises | | | | NO ENTRY | NO ENTRY |
| | c. Use for experimental purposes on factory premises | | | | NO ENTRY | NO ENTRY |
| | d. Loss | | | | | |
| | e. Destruction | | | | NO ENTRY | NO ENTRY |
| | f. Reduction to tobacco | | | | | |
| 17. Shortages Disclosed by Inventory (Read instruction I.) | | | | | | |
| 18. Other (Specify) | | | | | | |
| 19. On Hand, in Bond, End of Period | | | | 11210.19 | | |
| 20. TOTAL | | | | 12089.19 | | |

21. Large Cigars Removed Subject to Tax (Sum of a. and b. should agree with item 14(a))

a. Number Removed with Sale Price Per Thousand of $235.294 or Less

b. Number Removed with Sale Price Per Thousand of More Than $235.294

UNDER PENALTIES OF PERJURY, I DECLARE THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, THIS REPORT IS TRUE, ACCURATE, AND COMPLETE.

22. Signature (Read instruction A.)

23. My Title for This Business (Examples: owner, partner, corporate title, or power of attorney.)
C.E.O.

24. Date 7/19/10

25. My Business Telephone Number (Optional)

26. My E-Mail Address (Optional)

How do I file this form? Send this form to the TTB Tobacco Unit, 550 Main St, Ste 8002, Cincinnati, OH 45202-5215

TTB F 5210.5 (6/2006)