UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: Civil No. CV-12-3089-RMP |
| Plaintiff/Counter Defendant | ) | |
| v. | ) | **[proposed] ORDER GRANTING STIPULATED MOTION TO MODIFY BENCH TRIAL SCHEDULING ORDER** |
| KING MOUNTAIN TOBACCO CO., INC., | ) | |
| Defendant/Counter Plaintiff | ) | |

**THIS MATTER** came before the Court upon the parties' Stipulated Motion to Modify Bench Trial Scheduling Order.

**THE COURT FINDS** that the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED THAT:**

1. The current trial date of September 15, 2014 and all remaining pre-trial deadlines are vacated; and

2. Upon ruling on the United States' pending dispositive motion, the Court shall issue a new bench trial scheduling order.

DATED this _____ day of _____, 2014.

_____
ROSANNA MALOUF PETERSON
Chief United States District Judge

Presented by:

*/s/ John Adams Moore, Jr.*
JOHN ADAMS MOORE, JR.
Adam Moore Law Firm
217 N. Second Street
Yakima, WA 98901
mooreadamlawfirm@qwestoffice.net

*/s/ Randolph H. Barnhouse*
RANDOLPH H. BARNHOUSE
Johnson Barnhouse & Keegan LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
dbarnhouse@indiancountrylaw.com

*Attorneys for Defendant / Counter-Plaintiff*

TAMARA W. ASHFORD
Acting Assistant Attorney General
*/s/ W. Carl Hankla*
W. CARL HANKLA
Trial Attorney, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044
(202) 307-6448
w.carl.hankla@usdoj.gov

*Attorneys for Plaintiff/Counter Defendant*