UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KING MOUNTAIN TOBACCO COMPANY, INC.,<br><br>　　　　　　　　Defendant. | NO:  2:12-CV-3089-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY BENCH TRIAL SCHEDULING ORDER |

**BEFORE THE COURT** is the parties' Stipulated Motion to Modify Bench Trial Scheduling Order, ECF No. 84.  The parties request that the Court vacate the current trial date of September 15, 2014, and reset the trial date upon the Court's ruling of the United States' Renewed Motion for Summary Judgment, ECF No. 70. The parties additionally request that the Court vacate all remaining pretrial deadlines.  The parties explain that until the Court hears argument and rules on the United States' Renewed Motion for Summary Judgment, the parties are unsure what issues would be tried or if a trial will be necessary at all.

ORDER GRANTING STIPULATED MOTION TO MODIFY BENCH TRIAL
SCHEDULING ORDER ~ 1

The Court finds good cause to grant the parties' stipulated motion to amend the scheduling order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Modify Bench Trial Scheduling Order, **ECF No. 84**, is **GRANTED**;

2. The current trial date of September 15, 2014, and all remaining pretrial deadlines are **vacated**; and

3. Following the Court's ruling on the United States' Renewed Motion for Summary Judgment, ECF No. 70, the Court will, if necessary, set a scheduling conference to discuss a new bench trial scheduling order.

**IT IS SO ORDERED.**  The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 18th day of July 2014.

                     *s/ Rosanna Malouf Peterson*
                     ROSANNA MALOUF PETERSON
                     Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO MODIFY BENCH TRIAL SCHEDULING ORDER ~ 2