# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV-12-3089-RMP |
| Plaintiff, | **CIVIL MINUTES** |
| vs. | DATE: 7/30/2014 |
| KING MOUNTAIN TOBACCO CO., INC., | LOCATION: YAKIMA |
| Defendant. | **MOTION HEARING** |

| | **CHIEF JUDGE ROSANNA MALOUF PETERSON** | |
|---|---|---|
| Cindy K. Parks / Spokane<br>Karen Brown / Yakima<br><br>**Courtroom Deputy** | 02<br><br>**Law Clerk** | Lynette Walters<br><br>**Court Reporter** |
| W. Carl Hankla<br><br><br>**Plaintiff's Counsel** | | John A. Moore, Jr.<br>Randolph H. Barnhouse<br><br>**Defendant's Counsel** |

**[X] In Court**

      MOTION before the Court:
      United States' Renewed MOTION for Summary Judgment (ECF No. 70) – *taken under advisement*

Argument by Mr. Hankla
Argument by Mr. Barnhouse
Rebuttal argument by Mr. Hankla

**Court:**   takes motion under advisement; written order forthcoming

**[ X ] WRITTEN ORDER FORTHCOMING**

| **CONVENED:** 1:08 PM | **ADJOURNED:** 2:13 PM | **TIME:** 1 HR 05 MIN | |
|---|---|---|---|