# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

UNITED STATES OF AMERICA

    *Plaintiff*

v.

KING MOUNTAIN TOBACCO COMPANY, INC.

    *Defendant*

Civil Action No. 2:12-CV-3089-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: a Judgment be entered in favor of the Plaintiff, pursuant to the Court's Order Directing Clerk to Enter Judgment (ECF No. 94) and pursuant to the Court's Order Granting United States Renewed Motion for Summary Judgment (ECF No. 87).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for Summary Judgment (Renewed) (ECF No. 70), granting Summary Judgment in favor of the Plaintiff.

Date: December 11, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
    *(By) Deputy Clerk*

Lennie Rasmussen