1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                        EASTERN DISTRICT OF WASHINGTON

7    UNITED STATES OF AMERICA,

                                              NO:  2:12-CV-3089-RMP
8             Plaintiff/Counter Defendant,

                                              ORDER GRANTING MOTION TO
9        v.                                   ALTER OR AMEND JUDGMENT

10   KING MOUNTAIN TOBACCO
     COMPANY, INC.,
11

12            Defendant/Counter Claimant.

13

14        BEFORE THE COURT is the United States' Motion to Alter or Amend

15   Judgment, **ECF No. 102**.  The Court has reviewed the motion, the response

16   memorandum (ECF No. 105), the reply memorandum (ECF No. 107), and is fully

17   informed.

18        Under Federal Rule of Civil Procedure 60(a), "a clerical mistake or a

19   mistake arising from oversight or omission" on a judgment "may be correct only

20   with the appellate court's leave" once an appeal has been docketed in the appellate

21   court. Fed. R. Civ. P. 60(a).  Accordingly, on March 16, 2015, the Court entered an

ORDER GRANTING MOTION TO ALTER OR AMEND JUDGMENT ~ 1

indicative ruling finding that "it would grant the United States' motion to amend the judgment to include the amount owing of $57,914,811.27 as of June 11, 2013, plus interest and other statutory additions accruing after that date until paid in full, if the Ninth Circuit remanded the case for that limited purpose." ECF No. 110 at 3.

However,

> when a district court attempts to correct a 'clerical error' under Federal Rule of Civil Procedure 60(a) after a notice of appeal has been filed, and the correction does not represent a change of position, but rather simply clarifies the court's intended action, a remand to effectuate that intent is a matter of mere form.

*Morris v. Morgan Stanley & Co.*, 942 F.2d 648, 654 (9th Cir. 1991) (internal citations omitted). As indicated in the Court's prior order, the amount owing was mistakenly omitted from the judgment. *See* ECF No. 110 at 3. As such, the Court **GRANTS** the United States' motion to amend to include the amount owing as such a correction does not "represent a change of position" and instead "simply clarifies the court's intended action." *See Morris*, 942 F.2d at 654.

Accordingly, **IT IS HEREBY ORDERED** that the United States' Motion to Alter or Amend Judgment, **ECF No. 102**, is **GRANTED**.

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING MOTION TO ALTER OR AMEND JUDGMENT ~ 2

1    The District Court Clerk is directed to enter this Order, **enter an amended**

2    **judgment to include the amount owing of $57,914,811.27 as of June 11, 2013,**

3    **plus interest and other statutory additions accruing after that date until paid**

4    **in full**, and provide copies to counsel.

5        **DATED** this 3rd day of June 2016.

6

7                                    _____s/ Rosanna Malouf Peterson_____
                                     ROSANNA MALOUF PETERSON
8                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER GRANTING MOTION TO ALTER OR AMEND JUDGMENT ~ 3